UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 DEC 15  P 4: 20

BY DEPUTY CLERK

CARMEUSE LIME AND STONE, INC.

VERSUS

ECOPRODUCT SOLUTIONS, LP

CIVIL ACTION

NO. 07-742-JVP-CN

## JUDGMENT

In accordance with the ruling of the court dated December 15, 2008;

IT IS HEREBY ORDERED that judgment is entered in favor of plaintiff, Carmeuse Lime and Stone, Inc., and against defendant, EcoProduct Solutions, L.P., in the principal amount of $445,522.26, plus interest at the rate of 1½ % per month from the date that each invoice was due and reasonable attorneys' fees.

Baton Rouge, Louisiana, December 15, 2008.

*signature*
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA